## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 3092 Disciplinary Docket No. 3 |
| Petitioner | : | No. 104 DB 2024 |
| v. | : | Attorney Registration No. 7606 |
| MALCOLM S. MUSSINA | : | (Lycoming County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 15th day of January, 2025, having received no response to a Recommendation of the Disciplinary Board, Malcolm S. Mussina is placed on temporary suspension until further action by this Court.  *See* Pa.R.D.E. 208(f)(5).  He shall comply with the provisions of Pa.R.D.E. 217.

Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved.  *See* Pa.R.D.E. 208(f)(4) and (f)(8).

This Order constitutes an imposition of public discipline.  *See* Pa.R.D.E. 402(c)(3) (providing an exception to the confidentiality requirement of Rule 402 when "an order of temporary suspension from the practice of law is entered by the Court pursuant to Enforcement Rule 208(f)").

A True Copy Nicole Traini
As Of 01/15/2025

Attest: *Nicole Traini*
Chief Clerk
Supreme Court of Pennsylvania