IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | |
| MALCOLM S. MUSSINA | : | 4:25-MC-189 |
| | : | |

## ORDER

**FEBRUARY 27, 2025**

**WHEREAS**, January 15, 2025 the Supreme Court of Pennsylvania ordered that Malcolm S. Mussina is placed on a temporary suspension;

**IT IS HEREBY ORDERED**, pursuant to Middle District of Pennsylvania Local Rule 83.21.2, that Malcolm S. Mussina inform the Court within thirty (30) days of the date of this Order of any claim he wishes to present that the imposition of identical discipline by this Court would be unwarranted; and

**IT IS ALSO ORDERED** that the Clerk of Court forward by registered or certified mail both a copy of this Order and the January 15, 2025 Order of the Supreme Court of Pennsylvania to Malcolm S. Mussina at the address he most recently registered with the Clerk.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge